United States District Court
Southern District of Texas
**ENTERED**
January 05, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTRESS FIRM, INC., | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4-16-cv-2264 |
| JOHN ROBERT BAXTER and DIGI CRAFT AGENCY, LLC, | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion for Dismissal with Prejudice filed by Plaintiff Mattress Firm, Inc. and Defendant John Robert Baxter. The Court finds that the motion is well taken and is, accordingly, GRANTED.

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff Mattress Firm, Inc., against Defendant John Robert Baxter, and Defendant DIGI Craft Agency, LLC are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that, with respect to costs and attorneys' fees associated with this action, each party will bear its own costs and attorneys' fees.

_____
The Honorable Sim Lake
JUDGE PRESIDING

16088640_1